# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00028-CV

**N. K., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
### NO. 20-1373, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant N.K. filed his notice of appeal on January 13, 2022. The appellate record was complete on January 25, 2022, making appellant's brief due on February 14, 2022. On February 11, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Terry Wesley Baker to file appellant's brief no later than March 7, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on February 18, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith.